# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARASOLEIL, LLC, a Colorado limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>SWVP WARNER CENTER HOTEL LLC D/B/A WARNER CENTER MARRIOTT WOODLAND HILLS, a Delaware LLC; and COMREN INC., a California corporation,<br><br>Defendants. | Case No.:  CV 22-6091-DMG (JPRx)<br><br>**ORDER RE DISMISSAL OF ACTION [18]** |

    Based on the parties' stipulation, IT IS HEREBY ORDERED that the above-captioned action is dismissed with prejudice.  Each Party shall bear its own attorneys' fees and costs associated with this action.

DATED:  December 15, 2022

                                                  DOLLY M. GEE<br>
                                                  UNITED STATES DISTRICT JUDGE